## CLAYWELL v. REVIEW BOARD OF INDIANA EMPLOYMENT SECURITY DIVISION ET AL.

[No. 19,772. Filed May 23, 1962.]

*Rocap, Rocap & Reese* and *James W. Treacy*, both of Indianapolis, for appellant.

*Edwin K. Steers*, Attorney General, and *Keith Campbell*, Deputy Attorney General, for appellee, Review Board.

*Leland B. Cross, Jr.*, and *Ross, McCord, Ice & Miller*, of counsel, both of Indianapolis, for appellee, Adams Division, LeTourneau-Westinghouse Company.

RYAN, C. J.—This is an appeal from a decision of the Review Board of the Indiana Employment Security Division. A confession of error has been filed by the Attorney General of Indiana through one of his duly appointed deputies, admitting that the Review Board committed error.

The cause is therefore reversed with instructions to the Review Board to enter its decision in favor of the appellant.

Ax, Cooper, and Myers, JJ., concur.

NOTE.—Reported in 182 N. E. 2d 594.